UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony D. Collier, | Case No. 14-cv-4249 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Minnesota Department of Corrections; Stillwater Prison; and 3rd Watch Aggressors, Bystanders, and Administrators, | |
| Defendant. | |

_____

This matter is before the Court on Magistrate Judge Leung's Report and Recommendation ("R&R") dated January 26, 2015. In the R&R, Magistrate Judge Leung recommends that the Court dismiss this case for failure to prosecute. Within fourteen days after being served with a copy, unless a different deadline is set, any party may file objections to the R&R. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1). No party has timely objected to the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 5) is **ADOPTED**;

2. This case is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute; and

3. Collier's Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 9, 2015                         s/ Paul A. Magnuson
                                             Paul A. Magnuson
                                             United States District Court Judge